JOSEPH E. HERMAN   (Bar No. 58899)
114 South Rossmore Avenue
Los Angeles, CA  90004

   323.937.1400    fax 323.931.7369

Attorney for Defendant
GIUMARRA VINEYARDS CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.<br>          Plaintiffs,<br><br>v.<br><br>D.M. CAMP & SONS, et al.,<br><br>          Defendants. | Case No.  1:05-CV-01417FVS-SMS<br><br><br><br>**ORDER FOR EXTENSION<br>OF DEFENDANTS' TIME TO ANSWER<br>OR OTHERWISE PLEAD** |

    On the written stipulation of Defendant Giumarra Vineyards Corporation and Plaintiff John Doe, the parties have agreed that Defendants will have a 30-Day Extension of their time to file an Answer or otherwise plead to the First Amended Class Action Complaint in this case, served on Defendant GIUMARRA VINEYARDS CORPORATION on or about December 21, 2005.

    **IT IS ORDERED** that Defendants' time to answer or otherwise plead to the First Amended Class Action Complaint in this action is extended to and including February 10, 2006.

Dated: 1/10/2006                  /s/ Sandra M. Snyder
                                         SANDRA M. SNYDER
                                         United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com