UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al., | ) 1:05-CV-01417-FVS-SMS |
| Plaintiffs, | ) ORDER VACATING HEARING ON MOTION |
| v. | ) TO CONSOLIDATE ACTIONS AND |
| | ) APPOINT CLASS COUNSEL (DOCS. 16, |
| D. M. CAMP & SONS, et al., | ) 23) |
| | ) **VACATED HEARING DATE:** |
| Defendants. | ) **January 27, 2006** |
| | ) |
| | ) ORDER DEEMING MOTIONS SUBMITTED TO |
| | THE COURT FOR DECISION |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiffs to consolidate this action and to appoint class counsel is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for January 27, 2005, at 9:30 a.m., IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   January 24, 2006            /s/ Sandra M. Snyder**

1

icido3                              UNITED STATES MAGISTRATE JUDGE