Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

David A. Rosenfeld (SBN 058163)
W. Daniel Boone (SBN 046553)
Christian L. Raisner (SBN 133839)
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOHN DOE, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>D.M. CAMP & SONS; et al.<br><br>Defendants. | Case No: 1:05-cv-01417-FVS-SMS<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND; ORDER ON STIPULATION**<br>**[Local Rule 6-144]**<br><br>CLASS ACTION<br><br>Scheduling Conference<br>Date: April 11, 2006<br>Time 9:15 a.m.<br>Courtroom 7 |

**STIPULATION**

WHEREAS, the Case Scheduling Conference has been re-set for April 11, 2006;

WHEREAS at the meet and confer on January 31, 2006 and attended by counsel for each party to the above-entitled action, counsel for plaintiffs stated that they intend to file a second amended complaint to clarify the existing pleadings and assert claims against each defendant for

1

PDF created with pdfFactory trial version www.pdffactory.com

penalties under Labor Code §2699; however the claims for penalties under California Labor Code §2699 cannot be asserted until the statutory period has expired, which period will expire at varying times relative to the different defendants based on the dates on which plaintiffs submitted formal written demands to the California Labor & Workforce Development Agency pursuant to the applicable statutory authority, but as to all defendants the period is not expected to expire later than March 6, 2006;

WHEREAS, counsel for each of the defendants indicated at the January 31, 2006 meet and confer session that they intend to bring motions to dismiss the first amended complaint, and , based on the representations of plaintiffs' counsel regarding its contents, would move to dismiss the anticipated second amended complaint;

WHEREAS, counsel for all parties do not wish to cause undue expense and consumption of judicial resources by the filing of motions to dismiss the first amended complaint where it is a certainty that plaintiffs will be filing a second amended complaint;

WHEREAS, defendant Giumarra Vineyards Corporation is also party to another action pending in this Court, *Valenzuela et al v. Giumarra Vineyards Corporation,* Case No. 1:05 CV-01600-FVS-SMS, which involves similar allegations, and wishes to coordinate the timing of proceedings in that action with those in this action;

WHEREAS, counsel for all parties believe that a specific schedule for the filing of plaintiffs' second amended complaint, the filing of defendants' responsive motions, and the timing of the initial scheduling conference would be appropriate under the above described circumstances;

WHEREAS, prior extensions of thirty (30) days have been granted to each defendant in this matter by stipulation or by order of the Court;

WHEREAS, subject to the Court's approval, each party through their undersigned attorneys stipulate as follows

1. Plaintiffs shall file and serve the second amended complaint on the defendants by March 10, 2006;

2

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND;
(Proposed) ORDER ON STIPULATION [Local Rule 6-144]

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants shall have 30 days to answer, respond or object to Plaintiffs' second amended complaint.  In the event defendants, or any of them, move to dismiss the second amended complaint, the hearing date on such motion shall be on a date convenient to the court following the completion of briefing on the motion(s).  Plaintiffs' opposition papers shall be filed and served not later than 30 days after Defendants' service of their motion(s).  Defendants' reply papers shall be filed and served not later than 20 days after Plaintiffs' service of their opposition papers.

3. Plaintiffs and defendant Giumarra Vineyards Corporation shall meet and confer to seek to coordinate the proceedings in the *Valenzuela* case with this case.

Dated:  February 6, 2006				BARSIMIAN, SAQUI & MOODY


						By:	/s/ Ronald H. Barsamian
							Ronald H. Barsamian
							Attorneys for defendant D.M. Camp & Sons


Dated:  February 6, 2006				MORGAN, LEWIS & BOCKIUS, LLP


						By:	/s/Brendan Dolan
							Brendan Dolan
							Attorneys for defendants Mark Zaninovich and Sunview Vineyards


Dated:  February 6, 2006				LAW OFFICES OF JOSEPH C. MARKOWITZ


						By:	/s/ Joseph C. Markowitz
							Joseph C. Markowitz
							Attorneys for defendant Guimarra Vineyards Corporation


Dated:  February 6, 2006				ALEXANDER & ASSOCIATES, PLC

						By:	/s/ Amy Johnson Barks
							Amy Johnson Barks
							Attorneys for defendant El Rancho Farms

3
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND;
(Proposed) ORDER ON STIPULATION [Local Rule 6-144]

PDF created with pdfFactory trial version www.pdffactory.com

Dated: February 6, 2006                    HOGAN & KLINGENBERGER


                                 By:   /s/ David A. Dixon
                                       David A. Dixon
                                       Attorneys for Defendants Stevco, Inc. and FAL, Inc. dba
                                       Lucich Farms


Dated: February 6, 2006                    RYNN & JANOWSKY, LLP


                                 By:   /s/ Marion I. Quesenbery
                                       Marion I. Quesenbery
                                       Attorneys for Defendant Castle Rock Farming and Transport,
                                       Inc.


Dated: February 6, 2006                    WEINBERG, ROGER & ROSENFELD


                                 By:   /s/ Christian L. Raisner
                                       Christian L. Raisner
                                       Attorneys for plaintiffs

## ORDER ON STIPULATION

The undersigned, having read and considered the foregoing Stipulation of the parties, and good cause appearing, the foregoing numbered paragraphs 1, 2, and 3 of the Stipulation are approved.

IT IS SO ORDERED.

Dated:      2/7/2006


                                 By:        /s/ Sandra M. Snyder
                                       HONORABLE SANDRA M. SNYDER
                                       UNITED STATES MAGISTRATE JUDGE

111393/410490

4

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND;
(Proposed) ORDER ON STIPULATION [Local Rule 6-144]

PDF created with pdfFactory trial version www.pdffactory.com