IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>D.M. CAMP & SONS, et al.,<br><br>        Defendants. | **ORDER REASSIGNING CASES TO DISTRICT JUDGE ANTHONY W. ISHII (AWI) AND MAGISTRATE JUDGE SANDRA M. SNYDER (SMS)**<br><br>**OLD** Case No:<br>1:05-cv-01417-**FVS**-SMS<br><br>**NEW** Case No:<br>1:05-cv-01417-**AWI**-SMS |
| SANTOS R. VALENZUELA, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>GIUMARRA VINEYARDS CORPORATION, et al.,<br><br>        Defendants. | **OLD** Case No:<br>1:05-cv-01600-**FVS**-SMS<br><br>**NEW** Case No:<br>1:05-cv-01600-**AWI**-SMS |
| ROGELIO A. CASIMIRO and BELEN T. CASIMIRO,<br><br>        Debtors,<br><br>ARNALDO LARA, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>ROGELIO A. CASIMIRO, et al.,<br><br>        Defendants. | **OLD** Case No:<br>1:06-cv-00028-**FVS**<br><br>**NEW** Case No:<br>1:06-cv-00028-**AWI**<br><br>No. 05-19558 B 13 K<br><br>Chapter 13<br><br>Adversary Proceeding No. 05-01401<br><br>**SCHEDULING CONFERENCE RE: CASE NOS.:**<br>1:05-cv-01417-AWI-SMS<br>1:05-cv-01600-AWI-SMS<br>**OLD:**   4/11/06 @ 9:15 a.m.<br>**NEW:**  5/25/06 @ 9:00 a.m.<br>Ctrm:  7 ~ 6th Floor<br>Judge: Sandra M. Snyder (SMS) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-captioned cases be reassigned to the dockets of District Judge Anthony W. Ishii (AWI) and Magistrate Judge Sandra M. Snyder (SMS), Fresno, CA, and that all future pleadings and/or correspondence hereinafter be correctly numbered as indicated above.  The parties are herein advised that future use of an incorrect case number, including the judges' initials, could result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer or staff.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference, regarding Case Nos. 1:05-cv-01417-AWI-SMS and 1:05-cv-01600-AWI-SMS **ONLY**, is **CONTINUED** as follows:

| **Hearing** | **Old Date/Time** | **New Date/Time** | **Courtroom** | **Magistrate Judge** |
|---|---|---|---|---|
| Scheduling Conference | 4/11/06 9:15 a.m. | 5/25/06 9:00 a.m. | Seven (6th Floor) | Sandra M. Snyder (SMS) |

The parties will be expected to fully comply with the requirements set forth in the court's standard Order Setting Mandatory Scheduling Conference, filed January 11, 2006 (Doc. 31) in Case No. 1:05-cv-01417-AWI-SMS and December 19, 2005 (Doc. 19) in Case No. 1:05-cv-01600-AWI-SMS, in timely preparing and e-filing Joint Scheduling Reports.  If two or more parties wish to appear telephonically, counsel shall decide which will be responsible for making prior arrangements for a single conference call with an AT&T operator (if counsel do not have conference call capabilities on their telephone systems).

**DATED** this ___28th___ day of February, 2006.

                               /s/ Fred Van Sickle
                                   Fred Van Sickle
                               United States District Judge