# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, JOHN ROE, JOHN ZOE, JANE AOE, JOHN BOE, JOHN COE, JANE EOE, JOHN DOE II, JANE ROE, JANE AOE II, JOHN BOE II, JANE BOE, JANE COE, and JANE EOE II on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>D.M. CAMP & SONS; MARKO ZANINOVICH, INC.; SUNVIEW VINEYARDS OF CALIFORNIA, INC.; GIUMARRA VINEYARDS CORPORATION; EL RANCHO FARMS; STEVCO, INC.; FAL INC. (dba Lucich Farms); CASTLEROCK FARMING AND TRANSPORT, INC.;<br><br>　　　　Defendants. | CIV-F-04-1417 AWI SMS<br><br>STIPULATION TO ALLOW PLAINTIFFS' OPPOSITION TO DEFENDANT D.M. CAMP & SONS MOTION TO DISMISS TO BE SERVED AND FILED ON SAME DATE AS OPPOSITION TO OTHER MOTIONS TO DISMISS; ORDER |

## STIPULATION

WHEREAS the Court entered an order March 9, 2006 approving the parties' stipulation that motions to dismiss would be due 30 days after the filing and service of the Second Amended Complaint, that Plaintiffs' opposition would be due within 30 days after service of the motions, and that defendants' replies would be due 20 days thereafter;

WHEREAS Defendant D. M. Camp & Sons filed its motion to dismiss on April 7, three

days before the deadline, while all other defendants filed their motions to dismiss on Monday April 10;

WHEREAS Plaintiffs desire to file oppositions to all motions on the same date, and for replies to be due on the same date, and D.M. Camp & Sons agrees;

THEREFORE IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER AS FOLLOWS:

1. Plaintiffs may file and serve their opposition to the motion to dismiss of D.M. Camp & Sons on the same date on which the oppositions to other defendants' motions to dismiss are due, that is, on May 10, 2006.

Dated: May 2, 2006.

LAW OFFICES OF MALLISON & MARTINEZ

By: /s/ *Stan S. Mallison*
Stan S. Mallison
Attorneys for Plaintiffs

Dated: May 2, 2006.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Christian L. Raisner*
Christian L. Raisner
Attorneys for Plaintiffs

Dated: May 2, 2006.

MILBERG, WEISS, BERSHAD & SCHULMAN

By: /s/ *Jeff Westerman*
Jeff Westerman
Attorneys for Plaintiffs

Dated: May 2, 2006.

BARSAMIAN, SAQUI & MOODY

By: /s/ *Ronald H. Barsamian*
Ronald H. Barsamian
Attorneys for Defendant D.M. Camp & Sons

1 **ORDER ON STIPULATION**

2   Having read and considered the foregoing Stipulation of the parties, and good cause
3 appearing, the foregoing paragraph number 1 is hereby approved.

   IT IS SO ORDERED.


   **Dated:   May 7, 2006**              /s/ Anthony W. Ishii
   0m8i78                        UNITED STATES DISTRICT JUDGE