**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN DOE, et al., on behalf of themselves** )<br>**and all others similarly situated,** )<br>                                                              )<br>                       **Plaintiffs**,                      )<br>                                                              )<br>        **v.**                                               )<br>                                                              )<br>**D.M. CAMP & SONS, et al.,**                 )<br>                                                              )<br>                       **Defendants**.                    )<br>_____ ) | **CIV-F-05-1417 AWI SMS**<br><br>**ORDER VACATING HEARING**<br>**DATE OF JUNE 12, 2006** |

Defendants have made motions to dismiss.  Plaintiffs oppose the motions and have made countermotions for interim leave to proceed as Does and for limited severance.  The hearing for the various motions were set for Monday, June 12, 2006 at 1:30 PM.  The court has reviewed the papers filed and has determined oral argument would not be appropriate at this time. See Local Rule 78-230(h).  Additional briefing will be requested in the near future.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 12, 2006 is VACATED, and no party shall appear at that time.


IT IS SO ORDERED.

**Dated:    June 8, 2006**                                  **/s/ Anthony W. Ishii**
0m8i78                                                          UNITED STATES DISTRICT JUDGE

1