Marion I. Quesenbery, SBN 072308
Lewis P. Janowsky, SBN 092735
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone: (510) 705-8894
Facsimile:  (510) 705-8737
e-mail: marion@rjlaw.com

Attorneys for DEFENDANT
CASTLE ROCK FARMING AND TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE ROCK FARMING AND TRANSPORTATION, INC.,<br><br>Defendants. | Case No.<br><br>Per 3/31/08 Order Granting Severance in Case No. 1:05-CV-01417-AWI-SMS<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT CASTLE ROCK TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Defendant Castle Rock Farming and Transportation, Inc. ("Castle Rock") and Plaintiffs stipulate and agree to the following:

WHEREAS, the Court's March 31, 2008 Order permitted Plaintiffs 60 days to file a third amended Complaint against Castle Rock, and on May 29, 2008, they did so,

WHEREAS, the Third Amended Complaint is extensive, Castle Rock is expected to file a Motion to Dismiss or a similar responsive pleading, and it appears reasonable to grant Castle Rock 30 days – from the date the Third Amended Complaint was filed – to file a responsive pleading to the Third Amended Complaint.

STIPULATION – Page 1
Case No. 1:05-CV-01417-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THE FOLLOWING:

1. Defendant Castle Rock may have to and including June 30, 2008, to serve and file a responsive pleading to Plaintiffs' Third Amended Complaint.

Date: June 10, 2008        RYNN & JANOWSKY, LLP

                           By:   /s/ Marion I. Quesenbery
                                 Marion I. Quesenbery
                                 Attorneys for Defendant Castle Rock Farming
                                 and Transport, Inc.

Date: June 10, 2008        WEINBERG, ROGER & ROSENFELD
                           A Professional Corporation

                           By:   /s/ Christian L. Raisner
                                 Christian L. Raisner (as authorized on 6/10/08)
                                 Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Date:  6/11/2008

                            /s/ Sandra M. Snyder
                           SANDRA M. SNYDER
                           United States Magistrate Judge

STIPULATION – Page 2
Case No. 1:05-CV-01417-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com