1  Daniel K. Klingenberger, SBN: #131134
   David A. Dixon, SBN: #221401
2  **DOWLING, AARON & KEELER, INC.**
   5060 California Avenue, Suite 620
3  Bakersfield, California 93309
   Tel: (661) 716-3000 / Fax: (661) 716-3005
4  ddixon@daklaw.com

5  Attorneys for Defendants Stevco, Inc. and FAL, Inc. dba Lucich Farms

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORALES, MANUEL CRUZ and MARIA CRUZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVCO, INC.; FAL INC. (dba Lucich Farms), and Does 1-20,<br><br>Defendants. | Case No. 1:05-cv-01417-AWI-SMS<br><br>STIPULATION TO EXTEND THE TIME FOR DEFENDANT STEVCO TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT |

Defendants Stevco, Inc. ("Stevco") and FAL, Inc. dba Lucich Farms ("FAL") and Plaintiffs stipulate and agree to the following:

WHEREAS, the Court's March 31, 2008 Order permitted Plaintiffs 60 days to file a third amended Complaint against Stevco, and on May 29, 2008, they did so,

WHEREAS, the Third Amended Complaint is extensive, Defendants Stevco and FAL are expected to file a Motion to Dismiss or a similar responsive pleading, and it appears reasonable to grant Stevco and FAL 30 days – from the date the Third Amended Complaint was filed – to file a responsive pleading to the Third Amended Complaint.



PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THE FOLLOWING:

1. Defendants Stevco and FAL may have to and including June 28, 2008, to serve and file a responsive pleading to Plaintiffs' Third Amended Complaint.

Date: June 10, 2008                    DOWLING, AARON & KEELER, INC.

                                       By:   /s/ David A. Dixon
                                             David A. Dixon, Esq.
                                             Attorneys for Defendants Stevco and FAL

Date: June 10, 2008                    WEINBERG, ROGER & ROSENFELD
                                       A Professional Corporation

                                       By:   /s/ Christian L. Raisner
                                             Christian L. Raisner (as authorized on 6/10/08)
                                             Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Date:  6/11/2008

    /s/ Sandra M. Snyder
SANDRA N. SNYDER
United States Magistrate Judge



2