**William L. Alexander** (State Bar Number 126607)
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
Phone: (661) 316-7888
Fax: (661) 316-7890

**Attorneys for defendant El Rancho Farms**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Plaintiffs MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> EL RANCHO FARMS, and DOES 1-20, <br><br> Defendants. | Case No. <br><br> **Per 3/31/08 Order Granting Severance in Case No. 1:05-CV-01417-AWI-SMS** <br><br> **STIPULATION TO EXTEND THE TIME FOR DEFENDANT EL RANCHO FARMS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Defendant El Rancho Farms ("El Rancho") and Plaintiffs stipulate and agree as follows:

WHEREAS, the Court's March 31, 2008 Order permitted Plaintiffs 60 days to file a third amended Complaint against El Rancho, and on May 29, 2008, they did so,

WHEREAS, the Third Amended Complaint is extensive. El Rancho is expected to file a Motion to Dismiss or a similar responsive pleading, and it appears reasonable to grant El Rancho 30 days – from the date the Third Amended Complaint was filed – to file a responsive pleading to the Third Amended Complaint.

///

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

STIPULATION TO EXTEND THE TIME FOR DEFENDANT EL RANCHO FARMS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

///

///

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THE FOLLOWING:

1. Defendant El Rancho may have to and including June 28, 2008, to serve and file a responsive pleading to Plaintiffs' Third Amended Complaint.

Date: June 10, 2008        ALEXANDER & ASSOCIATES

                    By:    /s/ William L. Alexander
                           William L. Alexander
                           Attorneys for Defendant El Rancho Farms

Date: June 10, 2008        WEINBERG, ROGER & ROSENFELD
                           A Professional Corporation

                    By:    /s/ Christian L. Raisner
                           Christian L. Raisner (as authorized on 6/10/08)
                           Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Date:  6/11/2008

                            /s/ Sandra M. Snyder
                           SANDRA M. SNYDER
                           United States Magistrate Judge

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

STIPULATION TO EXTEND THE TIME FOR DEFENDANT EL RANCHO FARMS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com