RONALD H. BARSAMIAN, #81531
PATRICK S. MOODY, #156928
STACY R. LUCAS #243555
BARSAMIAN & MOODY
A Professional Corporation
Attorneys at Law
1141 West Shaw Avenue, Suite 104
Fresno, California 93711-3704
Telephone (559) 248-2360
Facsimile (559) 248-2370

Attorneys for Defendants:    D.M. Camp & Sons

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Plaintiffs FERNANDO RODRIGUEZ and GUADALUPE HERRERA on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>D.M. CAMP & SONS, and Does 1-20<br><br>                    Defendants.<br>_____ | Case No. 1:05-cv-01417-AWI-SMS<br><br>**STIPULATION TO EXTENSION OF TIME TO RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT AND ORDER**<br><br>**Local Rule 6-144** |

       Defendant D.M. CAMP & SONS ("D.M. Camp") and Plaintiffs stipulate and agree as follows:

       WHEREAS, the Court's March 31, 2008 Order permitted Plaintiffs 60 days to file a Third Amended Complaint against D.M. Camp, which they did on May 29, 2008,

       WHEREAS, Defendant D.M. Camp is expected to file a Motion to Dismiss or similar responsive pleading, and D.M. Camp and the Plaintiffs agree it is reasonable to grant D.M. Camp an extension to 30 days from the date the Third Amended Complaint was filed for Defendant D.M.Camp to file a responsive pleading to the Third Amended Complaint, and

       WHEREAS, similar stipulations are being prepared by the parties in related cases and will likely be considered at the same time.

       THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THE FOLLOWING:

1

1. Defendant D.M. Camp may have an extension to June 28, 2008, to respond to Plaintiffs' Third Amended Complaint.

| | |
|---|---|
| Dated: June 10, 2008 | BARSAMIAN & MOODY<br>A Professional Corporation<br><br>/s/    Ronald H. Barsamian<br>Ronald H. Barsamian<br>Attorneys for D.M. Camp & Sons |
| Dated: June 10, 2008 | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation<br><br>/s/ Christian L. Raiser (As authorized on 6/10/08)<br>Christian L. Raisner<br>Attorneys for Plaintiffs |

IT IS SO ORDERED.

**Dated:   June 13, 2008**                              **/s/ Sandra M. Snyder**

UNITED STATES MAGISTRATE JUDGE

2