Joseph E. Herman, Esq. (SBN 58899)

Law Office of Joseph E. Herman

114 S. Rossmore Avenue

Los Angeles, CA 90004

Telephone:  (323) 937-1400

Facsimile:  (323) 931-7369


Joseph C. Markowitz, Esq. (SBN 146592)

Law Offices of Joseph C. Markowitz

444 S. Flower Street, Suite 1750

Los Angeles, CA 90071

Telephone:  (213) 437-1720

Facsimile:  (213) 437-1721


Attorneys for Defendant,

GIUMARRA VINEYARDS CORPORATION


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAFAEL MUNOZ; LIDIA CRUZ; and YANET HERNANDEZ on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs. | ) **Per 3/31/08 Order Granting Severance in**<br>) **Case No. 1:05-cv-01417 AWI-SMS**<br>)<br>) **STIPULATION TO EXTEND THE TIME**<br>) **FOR DEFENDANT GIUMARRA** |

| | |
|---|---|
| GIUMARRA VINEYARDS CORPORATION, a California corporation, and DOES 1-20,<br><br>        Defendants. | ) **VINEYARDS CORPORATION TO**<br>) **RESPOND TO PLAINTIFFS' THIRD**<br>) **AMENDED COMPLAINT**<br>)<br>)<br>)<br>) |

    Defendant Giumarra Vineyards Corporation ("Giumarra") and Plaintiffs stipulate and agree to the following:

    WHEREAS, the Court's March 31, 2008 Order permitted Plaintiffs 60 days to file a third amended complaint against Giumarra, and on May 29, 2008, they did so,

    WHEREAS, Giumarra is expected to file a Motion to Dismiss or a similar responsive pleading, and it appears reasonable to grant Giumarra 30 days – from the date the Third Amended Complaint was filed – to file a responsive pleading to the Third Amended Complaint,

    WHEREAS, similar motions are being prepared by defendants in related cases, and will likely be considered at the same time.

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THE FOLLOWING:

    1.    Defendant Giumarra may have to and including June 28, 2008, to serve and file a responsive pleading to Plaintiffs' Third Amended Complaint.

Dated: June 11, 2008        LAW OFFICES OF JOSEPH E. HERMAN

                              By:  /s/ Joseph E. Herman
                                  Joseph E. Herman

Dated: June 11, 2008        LAW OFFICES OF JOSEPH C. MARKOWITZ

                              By:    /s/ Joseph C. Markowitz

                                    Joseph C. Markowitz
                                    Attorneys for Defendant,
                                    Giumarra Vineyards Corporation


Dated: June 11, 2008                WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation


                                By:  /s/ Christian L. Raisner
                                      Christian L. Raisner (as authorized on 6/10/08)
                                      Attorneys for Plaintiffs


                                    **ORDER**


IT IS SO ORDERED.

**Dated:  June 13, 2008**                        **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE