Joseph E. Herman, Esq. (SBN 58899)
Law Office of Joseph E. Herman
114 S. Rossmore Avenue
Los Angeles, CA 90004
Telephone: (323) 937-1400
Facsimile: (323) 931-7369

Joseph C. Markowitz, Esq. (SBN 146592)
Law Offices of Joseph C. Markowitz
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 437-1720
Facsimile: (213) 437-1721

Attorneys for Defendant,
GIUMARRA VINEYARDS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAFAEL MUNOZ; LIDIA CRUZ; and YANET HERNANDEZ on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>vs.<br>GIUMARRA VINEYARDS CORPORATION, a California corporation, and DOES 1-20,<br>　　　　　Defendants. | **Case No.**<br><br>**Per 3/31/08 Order Granting Severance in Case No. 1:05-cv-01417 AWI-SMS**<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT GIUMARRA VINEYARDS CORPORATION TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT;**<br><br>**ORDER** |

　　　　Defendant Giumarra Vineyards Corporation ("Giumarra") and Plaintiffs stipulate and agree to the following:

　　　　WHEREAS, the Court's March 31, 2008 Order permitted Plaintiffs 60 days to file a third amended complaint against Giumarra, and on May 29, 2008, they did so,

**1**

STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Giumarra is expected to file a Motion to Dismiss or a similar responsive pleading, and it appears reasonable to grant Giumarra 30 days – from the date the Third Amended Complaint was filed – to file a responsive pleading to the Third Amended Complaint,

WHEREAS, similar motions are being prepared by defendants in related cases, and will likely be considered at the same time.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THE FOLLOWING:

1. Defendant Giumarra may have to and including June 28, 2008, to serve and file a responsive pleading to Plaintiffs' Third Amended Complaint.

Dated: June 11, 2008         LAW OFFICES OF JOSEPH E. HERMAN

                             By: /s/ Joseph E. Herman
                                 Joseph E. Herman

Dated: June 11, 2008         LAW OFFICES OF JOSEPH C. MARKOWITZ

                             By:   /s/ Joseph C. Markowitz
                                 Joseph C. Markowitz
                                 Attorneys for Defendant,
                                 Giumarra Vineyards Corporation

Dated:  June 11, 2008        WEINBERG, ROGER & ROSENFELD
                             A Professional Corporation

                             By:  /s/ Christian L. Raisner
                                 Christian L. Raisner (as authorized on 6/10/08)
                                 Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Date:   6/16/2008

                              /s/ Sandra M. Snyder
                             **SANDRA M. SNYDER**

STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

**1**  United States Magistrate Judge

**3**

STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com