BRENDAN DOLAN State Bar No. 126732
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendants
MARKO ZANINOVICH, INC., and SUNVIEW
VINEYARDS OF CALIFORNIA,
INC., a California corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SANTIAGO ROJAS and JOSEFINO RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC.; SUNVIEW VINEYARDS OF CALIFORNIA, INC., a California corporation; and DOES 1-20,<br><br>Defendants. | Case No.<br><br>Per 3/31/08 Order Granting Severance in Case No. 1:05-CV-01417-AWI-SMS<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC., TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT;**<br><br>**ORDER** |

Defendants Marko Zaninovich, Inc. ("Zaninovich") and Sunview Vineyards of California, Inc. ("Sunview"), and Plaintiffs stipulate and agree to the following:

WHEREAS, the Court's March 31, 2008 Order permitted Plaintiffs 60 days to file a third amended Complaint against Zaninovich and Sunview, and on May 29, 2008, they did so,

WHEREAS, the Third Amended Complaint is extensive, Zaninovich and Sunview are expected to file a Motion to Dismiss or a similar responsive pleading, and it appears reasonable to grant Zaninovich and Sunview 30 days – from the date the Third Amended Complaint was filed – to file a responsive pleading to the Third Amended Complaint.

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THE FOLLOWING:

1. Defendants Zaninovich and Sunview may have to and including June 28, 2008, to serve and file a response to Plaintiffs' Third Amended Complaint.

Date: June 12, 2008                    MORGAN, LEWIS & BOCKIUS, LLP

                                By:   /s/ Brendan Dolan
                                      Brendan Dolan
                                      Attorneys for Defendant Marko Zaninovich, Inc.

Date: June 12, 2008                    MORGAN, LEWIS & BOCKIUS, LLP

                                By:   /s/ Brendan Dolan
                                      Brendan Dolan
                                      Attorneys for Defendant Sunview Vineyards of California, Inc.

Date: June 12, 2008                    WEINBERG, ROGER & ROSENFELD
                                       A Professional Corporation

                                By:   /s/ Christian L. Raisner
                                      Christian L. Raisner (as authorized on 6/10/08)
                                      Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Date:  6/16/2008

                                       /s/ Sandra M. Snyder
                                      SANDRA M. SNYDER
                                      United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com