BRENDAN DOLAN State Bar No. 126732
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105
Tel:   415.442.1000
Fax:   415.442.1001

Attorneys for Defendants
MARKO ZANINOVICH, INC., and SUNVIEW
VINEYARDS OF CALIFORNIA,
INC., a California corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SANTIAGO ROJAS and JOSEFINO RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC.; SUNVIEW VINEYARDS OF CALIFORNIA, INC., a California corporation; and DOES 1-20,<br><br>Defendants. | Case No.<br><br>Per 3/31/08 Order Granting Severance in Case No. 1:05-CV-01417-AWI-SMS<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANTS MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC., TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

    Defendants Marko Zaninovich, Inc. ("Zaninovich") and Sunview Vineyards of California, Inc. ("Sunview"), and Plaintiffs stipulate and agree to the following:

    WHEREAS, the Court's March 31, 2008 Order permitted Plaintiffs 60 days to file a third amended Complaint against Zaninovich and Sunview, and on May 29, 2008, they did so,

    WHEREAS, Defense counsel was granted an extension to file its response on June 28, 2008;

    WHEREAS, due to extraordinary circumstances beyond the control of Defense counsel, it is necessary that Defense counsel be granted one additional week to file its

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7720212.1

STIPULATION FOR EXTENSION
OF TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

1  response;

2  THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND THE COURT

3  IS REQUESTED TO ORDER THE FOLLOWING:

4      1.    Defendants Zaninovich and Sunview may have to and including July 7, 2008,

5  to serve and file a response to Plaintiffs' Third Amended Complaint.

7  Date: July 1, 2008                MORGAN, LEWIS & BOCKIUS, LLP

8                                  By:   /s/ Brendan Dolan

9                                        Brendan Dolan
                                      Attorneys for Defendant Marko Zaninovich, Inc.

11  Date: July 1, 2008               MORGAN, LEWIS & BOCKIUS, LLP

12                                  By:   /s/ Brendan Dolan

13                                    Brendan Dolan
                                  Attorneys for Defendant Sunview Vineyards of California, Inc.

17  Date: July 2, 2008               WEINBERG, ROGER & ROSENFELD

                                A Professional Corporation

19                                  By:   /s/ Christian L. Raisner

20                                  Christian L. Raisner (as authorized on 6/10/08)
                                Attorneys for Plaintiffs

23  **IT IS SO ORDERED.**

24  Date:  July 8, 2008

25                                   /s/ Sandra M. Snyder
26                                  SANDRA M. SNYDER
                                United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

2
1-SF/7720212.1

STIPULATION FOR EXTENSION
OF TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

3

1-SF/7720212.1

STIPULATION FOR EXTENSION
OF TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com