UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br>CASTLEROCK FARMING AND TRANSPORT INC., and DOES 1 to 20 inclusive, <br><br>        Defendant. | CIV-F-05-1417 AWI SMS <br><br>ORDER VACATING HEARING DATE OF AUGUST 4, 2008 AND TAKING MATTER UNDER SUBMISSION |

    A hearing on the motion to dismiss has been scheduled for August 4, 2008. Doc. 194. Plaintiffs have filed an opposition and Defendant has filed a reply. Docs. 208 and 217.  The court has reviewed the papers and has determined that oral argument would not be helpful at this time. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 4, 2008, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 31, 2008           /s/ Anthony W. Ishii  
                                       CHIEF UNITED STATES DISTRICT JUDGE

1