UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTIAGO ROJAS, et al., | ) | CIV-F-05-1417 AWI SMS |
| Plaintiffs, | ) ) | ORDER VACATING HEARING DATE OF AUGUST 4, 2008 AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) ) | |
| MARKO ZANINOVICH, INC.; SUNVIEW VINEYARDS OF CALIFORNIA, INC.; AND DOES 1 to 20 inclusive, | ) ) ) ) | |
| Defendants. | ) | |

A hearing on the motion to dismiss has been scheduled for August 4, 2008. Doc. 200. Plaintiffs have filed an opposition and Defendants have filed a reply. Docs. 204 and 215. The court has reviewed the papers and has determined that oral argument would not be helpful at this time. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 4, 2008, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 31, 2008            /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE

1