1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| 9 RAFAEL MUNOZ, et al., | ) | CIV-F-05-1417 AWI SMS |
| | ) | |
| 10 Plaintiffs, | ) | ORDER VACATING HEARING |
| | ) | DATE OF AUGUST 4, 2008 AND |
| 11 v. | ) | TAKING MATTER UNDER |
| | ) | SUBMISSION |
| 12 GIUMARRA VINEYARDS | ) | |
| CORPORATION, and DOES 1 to 20 | ) | |
| 13 inclusive, | ) | |
| | ) | |
| 14 Defendant. | ) | |
| | ) | |
| 15 _____ | ) | |

16

17         A hearing on the motion to dismiss has been scheduled for August 4, 2008. Doc. 189.

18 Plaintiffs have filed an opposition and Defendant has filed a reply. Docs. 207 and 212.  The court

19 has reviewed the papers and has determined that oral argument would not be helpful at this time.

20 See Local Rule 78-230(h).

21         Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 4,

22 2008, is VACATED, and no party shall appear at that time.  As of that date, the court will take

23 the matters under submission and will thereafter issue its decision.

24

25 IT IS SO ORDERED.

26 **Dated:    July 31, 2008**                              **/s/ Anthony W. Ishii**
                                                                  CHIEF UNITED STATES DISTRICT JUDGE

27

28

**1**