UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORALES, et al.,            )<br>                                              )<br>            Plaintiffs,             )<br>                                              )<br>       v.                                  )<br>                                              )<br>STEVCO, INC., FAL INC. (DBA )<br>LUCICH FARMS), AND DOES 1 to 20 )<br>inclusive,                             )<br>                                              )<br>            Defendants.           )<br>_____ ) | CIV-F-05-1417 AWI SMS<br><br>ORDER VACATING HEARING DATE OF AUGUST 4, 2008 AND TAKING MATTER UNDER SUBMISSION |

   A hearing on the motion to dismiss has been scheduled for August 4, 2008. Doc. 193. Plaintiffs have filed an opposition and Defendants have filed a reply. Docs. 209 and 216.  The court has reviewed the papers and has determined that oral argument would not be helpful at this time. See Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 4, 2008, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    July 31, 2008                             /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE